USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EDWIN ZAYAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

          Plaintiff,

-against-

GRAMERCY FIRST AVENUE LLC and LUCKY CHICKEN, CORP.,

          Defendants.

------------------------------------------------------------X

19-CV-10348 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 9, 2019, Defendant moved to dismiss Plaintiff's Complaint (Dkt. 9);

WHEREAS Plaintiff has neither amended his complaint nor opposed the motion to dismiss;

IT IS HEREBY ORDERED:

1. Plaintiff is directed to file an amended complaint or an opposition to Defendant's motion to dismiss by **January 20, 2020**. If Plaintiff does neither, the Court will treat the motion to dismiss as unopposed;

2. If Plaintiff files an opposition by January 20, 2020, Defendant must file a Reply by **January 27, 2020**.

**SO ORDERED.**

Date: January 6, 2020
New York, New York

          **VALERIE CAPRONI**
          **United States District Judge**