```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 EDWIN ZAYAS, INDIVIDUALLY AND ON              :
 BEHALF OF ALL OTHERS SIMILARLY                :
 SITUATED,                                     :
                                               :    19-CV-10348 (VEC)
                          Plaintiff,           :
                                               :          ORDER
              -against-                        :
                                               :
 GRAMERCY FIRST AVENUE LLC and                 :
 LUCKY CHICKEN, CORP.,                         :
                                               :
                          Defendants.          :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 9, 2019, Defendant moved to dismiss Plaintiff's Complaint (Dkt. 9);

WHEREAS on January 6, 2020, the Court ordered Plaintiff to file an amended complaint or an opposition to Defendant's motion to dismiss (Dkt. 10);

WHEREAS on January 21, 2020, Plaintiff filed an Amended Complaint (Dkt. 11);

WHEREAS an initial pretrial conference in this matter is scheduled for March 6, 2020 at 10:00 a.m. (*see* Dkt. 7);

WHEREAS the parties have requested a referral to the Magistrate Judge for a settlement conference (Dkt. 13);

IT IS HEREBY ORDERED:

1. Defendant's motion to dismiss is DENIED as moot.

2. The initial pretrial conference scheduled for **March 6, 2020** is adjourned sine die.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

3. The parties are ordered to notify the Court within one week of the settlement conference whether the parties were able to settle this dispute.

The Clerk of Court is directed to close the open motion at docket entry 9.

**SO ORDERED.**

**Date: March 3, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**